ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36045
 San Francisco, California 94102
 Telephone: (415) 436-7200
 Facsimile: (415) 436-7234
 savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>  Plaintiff,<br><br> v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>  Defendants. | No. 3:23-cv-01795-JCS<br><br>**DEFENDANTS' ANSWER TO COMPLAINT** |

   Defendants United States Immigration and Customs Enforcement ("ICE") and United States

Department of Homeland Security ("DHS") (collectively, "Defendants"), by and through counsel,

respectfully respond to the Complaint filed by plaintiff American Civil Liberties Union ("Plaintiff"),

ECF No. 1 ("Complaint"), as follows:

        **DEFENDANTS' RESPONSES TO THE NUMBERED PARAGRAPHS**

   Defendants respond below to the separately numbered paragraphs and demand for relief

contained in the Complaint.[1]  To the extent any allegation is not explicitly admitted herein, it is denied.

Moreover, to the extent the Complaint refers to or quotes from external documents, statutes, or other

sources, Defendants may refer to such materials for their accurate and complete contents; however,

---

[1] The headings and numbered paragraphs of this Answer correspond to the headings and numbered paragraphs of the Complaint.  Defendants do not waive any defensive theory or agree to or admit that Plaintiff's headings are accurate, appropriate, or substantiated.

Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials are correctly cited or quoted by Plaintiff, are relevant to this or any other action, or are admissible in this or any other action.

**INTRODUCTION**

1.      The allegations contained in Paragraph 1 constitute Plaintiff's characterization of this action brought pursuant to the Freedom of Information Act ("FOIA") and its reasons for bringing this action, to which no response is required.  To the extent any response is required, Defendants admit that Plaintiff purports to bring this action under FOIA and deny the remaining allegations of Paragraph 1.

2.      The allegations contained in Paragraph 2 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from websites, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the websites Plaintiff characterizes, Defendants respectfully refer the Court to the websites for full and accurate statements of their contents.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 2, and on that basis deny them.

3.      The allegations contained in Paragraph 3 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from a website, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for full and accurate statements of its contents.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 3, and on that basis deny them.

4.      The allegations contained in Paragraph 4 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from websites, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the

websites Plaintiff characterizes, Defendants respectfully refer the Court to the websites for full and accurate statements of their contents.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 4, and on that basis deny them.

5.     The allegations contained in Paragraph 5 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from a website, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for full and accurate statements of its contents.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 5, and on that basis deny them.

6.     The allegations contained in Paragraph 6 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  The allegations contained in Paragraph 6 also consist of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the cited case and deny all allegations inconsistent therewith.

7.     The allegations contained in Paragraph 7 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from a website, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for full and accurate statements of its contents.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 7, and on that basis deny them.

8.     The allegations contained in Paragraph 8 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required,

1    including Plaintiff's characterization of information from a website, are immaterial, and do not set forth

2    a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the

3    website Plaintiff characterizes, Defendants respectfully refer the Court to the website for full and

4    accurate statements of its contents.  To the extent any response is required, Defendants lack sufficient

5    information or knowledge to form a belief as to the truth or falsity of the allegations contained in

6    Paragraph 8, and on that basis deny them.

7          9.     The allegations contained in Paragraph 9 constitute Plaintiff's opinions and/or subjective

8    characterizations, interpretations, speculation, and generalizations to which no response is required,

9    including Plaintiff's characterization of information from a website, are immaterial, and do not set forth

10    a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the

11    website Plaintiff characterizes, Defendants respectfully refer the Court to the website for full and

12    accurate statements of its contents.  To the extent any response is required, Defendants lack sufficient

13    information or knowledge to form a belief as to the truth or falsity of the allegations contained in

14    Paragraph 9, and on that basis deny them.

15          10.    The allegations contained in Paragraph 10 constitute Plaintiff's opinions and/or

16    subjective characterizations, interpretations, speculation, and generalizations to which no response is

17    required, including Plaintiff's characterization of information from a website, are immaterial, and do not

18    set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

19    respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

20    full and accurate statements of its contents.  To the extent any response is required, Defendants lack

21    sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

22    in Paragraph 10, and on that basis deny them.

23          11.    The allegations contained in Paragraph 11 constitute Plaintiff's opinions and/or

24    subjective characterizations, interpretations, speculation, and generalizations to which no response is

25    required, including Plaintiff's characterization of information from websites, are immaterial, and do not

26    set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

27    respect to the websites Plaintiff characterizes, Defendants respectfully refer the Court to the websites for

28    full and accurate statements of their contents.  To the extent any response is required, Defendants lack

1   sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

2   in Paragraph 11, and on that basis deny them.

3          12.    The allegations contained in Paragraph 12 constitute Plaintiff's opinions and/or

4   subjective characterizations, interpretations, speculation, and generalizations to which no response is

5   required, including Plaintiff's characterization of information from a website, are immaterial, and do not

6   set forth a claim for relief or aver facts in support of a claim to which an answer is required. With

7   respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

8   full and accurate statements of its contents. To the extent any response is required, Defendants lack

9   sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

10  in Paragraph 12, and on that basis deny them.

11         13.    The allegations contained in Paragraph 13 constitute Plaintiff's opinions and/or

12  subjective characterizations, interpretations, speculation, and generalizations to which no response is

13  required, including Plaintiff's characterization of information from a website, are immaterial, and do not

14  set forth a claim for relief or aver facts in support of a claim to which an answer is required. With

15  respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

16  full and accurate statements of its contents. To the extent any response is required, Defendants lack

17  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

18  in Paragraph 13, and on that basis deny them.

19         14.    The allegations contained in Paragraph 14 constitute Plaintiff's opinions and/or

20  subjective characterizations, interpretations, speculation, and generalizations to which no response is

21  required, including Plaintiff's characterization of information from a website, are immaterial, and do not

22  set forth a claim for relief or aver facts in support of a claim to which an answer is required. With

23  respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

24  full and accurate statements of its contents. To the extent any response is required, Defendants lack

25  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

26  in Paragraph 14, and on that basis deny them.

27         15.    The allegations contained in Paragraph 15 constitute Plaintiff's opinions and/or

28  subjective characterizations, interpretations, speculation, and generalizations to which no response is

1  required, including Plaintiff's characterization of information from websites, are immaterial, and do not

2  set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

3  respect to the websites Plaintiff characterizes, Defendants respectfully refer the Court to the websites for

4  full and accurate statements of their contents.  To the extent any response is required, Defendants lack

5  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

6  in Paragraph 15, and on that basis deny them.

7         16.    The allegations contained in Paragraph 16 constitute Plaintiff's opinions and/or

8  subjective characterizations, interpretations, speculation, and generalizations to which no response is

9  required, including Plaintiff's characterization of information from a website, are immaterial, and do not

10  set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

11  respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

12  full and accurate statements of its contents.  To the extent any response is required, Defendants lack

13  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

14  in Paragraph 16, and on that basis deny them.

15         17.    The allegations contained in Paragraph 17 constitute Plaintiff's opinions and/or

16  subjective characterizations, interpretations, speculation, and generalizations to which no response is

17  required, including Plaintiff's characterization of information from a website, are immaterial, and do not

18  set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

19  respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

20  full and accurate statements of its contents.  To the extent any response is required, Defendants lack

21  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

22  in Paragraph 17, and on that basis deny them.

23         18.    Defendants lack sufficient information or knowledge to form a belief as to the truth or

24  falsity of the allegations contained in Paragraph 18, and on that basis deny them.

25         19.    The allegations contained in Paragraph 19 constitute Plaintiff's opinions and/or

26  subjective characterizations, interpretations, speculation, and generalizations to which no response is

27  required, including Plaintiff's characterization of information from a website, are immaterial, and do not

28  set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for full and accurate statements of its contents. To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 19, and on that basis deny them.

20. The allegations contained in Paragraph 20 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required. To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 20, and on that basis deny them.

21. Defendants admit that Plaintiff submitted one FOIA request dated January 5, 2023. The remaining allegations contained in Paragraph 21 consist of Plaintiff's characterization of its request, to which no response is required. Defendants respectfully refer the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations inconsistent therewith.

22. Defendants admit that Plaintiff requested expedited processing of its FOIA request pursuant to 5 U.S.C. § 552(a)(6)(E). The remaining allegations contained in Paragraph 22 consist of Plaintiff's characterization of its request, to which no response is required. Defendants respectfully refer the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations inconsistent therewith.

23. With respect to the allegations of Paragraph 23, Defendants admit that as of the date of Plaintiff's Complaint, they had not produced records in response to Plaintiff's FOIA request. Defendant ICE admits that it acknowledged Plaintiff's FOIA request by letter dated January 17, 2023, and assigned it tracking number 2023-ICFO-09946. Defendant DHS denies the final sentence of Paragraph 23 and avers that it responded to Plaintiff's FOIA request by letter sent via email to echo@aclu.org on February 10, 2023. The remainder of Paragraph 23 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

24.     With respect to the allegations of Paragraph 24, Defendants admit that as of the date of Plaintiff's Complaint, they had not produced records in response to Plaintiff's FOIA request.  The remainder of Paragraph 24 consists of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

## JURISDICTION

25.     Paragraph 25 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.  To the extent any response is required, Defendants admit that this Court has subject matter jurisdiction over FOIA claims subject to the terms and limitations of FOIA.

## VENUE

26.     Paragraph 26 contains Plaintiff's legal conclusions regarding venue, to which no response is required.  To the extent any response is required, Defendants admit that 5 U.S.C. § 552(a)(4)(B) governs venue in actions brought pursuant to FOIA, respectfully direct the Court to the cited provision and deny all allegations inconsistent therewith.

## DIVISIONAL ASSIGNMENT

27.     Paragraph 27 contains Plaintiff's legal conclusions regarding intradistrict assignment, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the cited provisions and deny all allegations inconsistent therewith.

## PARTIES

28.     The allegations contained in Paragraph 28 consist of Plaintiff's characterization of itself, to which no response is required.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 28, and on that basis deny them.

29.     Defendant ICE admits the allegations contained in the first sentence of Paragraph 29. The remainder of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

30.     Defendant DHS admits the allegations contained in the first sentence of Paragraph 30. The remainder of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

## STATUTORY AND LEGAL FRAMEWORK

31.     Paragraph 31 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

32.     Paragraph 32 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

33.     Paragraph 33 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

34.     Paragraph 34 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

35.     Paragraph 35 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

36.     Paragraph 36 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

37.     Paragraph 37 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

38.     Paragraph 38 consists of Plaintiff's legal conclusions, to which no response is required. To the extent any response is required, Defendants respectfully direct the Court to the provisions of

1    FOIA and deny all allegations inconsistent therewith.

2        39.    Paragraph 39 consists of Plaintiff's legal conclusions, to which no response is required.

3    To the extent any response is required, Defendants respectfully direct the Court to the provisions of

4    FOIA and deny all allegations inconsistent therewith.

5        40.    Paragraph 40 consists of Plaintiff's legal conclusions, to which no response is required.

6    To the extent any response is required, Defendants respectfully direct the Court to the provisions of

7    FOIA and deny all allegations inconsistent therewith.

8        41.    Paragraph 41 consists of Plaintiff's legal conclusions, to which no response is required.

9    To the extent any response is required, Defendants respectfully direct the Court to the provisions of

10   FOIA and deny all allegations inconsistent therewith.

11                                   **FACTUAL BACKGROUND**

12       42.    The allegations contained in Paragraph 42 constitute Plaintiff's opinions and/or

13   subjective characterizations, interpretations, speculation, and generalizations to which no response is

14   required, including Plaintiff's characterization of information from a website, are immaterial, and do not

15   set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

16   respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

17   full and accurate statements of its contents.  To the extent any response is required, Defendants lack

18   sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

19   in Paragraph 42, and on that basis deny them.

20       43.    The allegations contained in Paragraph 43 constitute Plaintiff's opinions and/or

21   subjective characterizations, interpretations, speculation, and generalizations to which no response is

22   required, including Plaintiff's characterization of information from websites, are immaterial, and do not

23   set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

24   respect to the websites Plaintiff characterizes, Defendants respectfully refer the Court to the websites for

25   full and accurate statements of their contents.  To the extent any response is required, Defendants lack

26   sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

27   in Paragraph 43, and on that basis deny them.

28

44.     The allegations contained in Paragraph 44 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 44, and on that basis deny them.

45.     The allegations contained in Paragraph 45 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from websites, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the websites Plaintiff characterizes, Defendants respectfully refer the Court to the websites for full and accurate statements of their contents.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 45, and on that basis deny them.

46.     The allegations contained in Paragraph 46 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from a website, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for full and accurate statements of its contents.  To the extent any response is required, Defendants lack sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 46, and on that basis deny them.

47.     The allegations contained in Paragraph 47 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, including Plaintiff's characterization of information from websites, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With respect to the websites Plaintiff characterizes, Defendants respectfully refer the Court to the websites for full and accurate statements of their contents.  To the extent any response is required, Defendants lack

1   sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

2   in Paragraph 47, and on that basis deny them.

3        48.    The allegations contained in Paragraph 48 constitute Plaintiff's opinions and/or

4   subjective characterizations, interpretations, speculation, and generalizations to which no response is

5   required, including Plaintiff's characterization of information from a website, are immaterial, and do not

6   set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

7   respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

8   full and accurate statements of its contents.  To the extent any response is required, Defendants lack

9   sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

10  in Paragraph 48, and on that basis deny them.

11       49.    The allegations contained in Paragraph 49 constitute Plaintiff's opinions and/or

12  subjective characterizations, interpretations, speculation, and generalizations to which no response is

13  required, including Plaintiff's characterization of information from a website, are immaterial, and do not

14  set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

15  respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

16  full and accurate statements of its contents.  To the extent any response is required, Defendants lack

17  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

18  in Paragraph 49, and on that basis deny them.

19       50.    The allegations contained in Paragraph 50 constitute Plaintiff's opinions and/or

20  subjective characterizations, interpretations, speculation, and generalizations to which no response is

21  required, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to

22  which an answer is required.  To the extent any response is required, Defendants lack sufficient

23  information or knowledge to form a belief as to the truth or falsity of the allegations contained in

24  Paragraph 50, and on that basis deny them.

25       51.    The allegations contained in Paragraph 51 constitute Plaintiff's opinions and/or

26  subjective characterizations, interpretations, speculation, and generalizations to which no response is

27  required, including Plaintiff's characterization of information from a website, are immaterial, and do not

28  set forth a claim for relief or aver facts in support of a claim to which an answer is required.  With

1  respect to the website Plaintiff characterizes, Defendants respectfully refer the Court to the website for

2  full and accurate statements of its contents.  To the extent any response is required, Defendants lack

3  sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained

4  in Paragraph 51, and on that basis deny them.

5          52.     The allegations contained in Paragraph 52 constitute Plaintiff's opinions and/or

6  subjective characterizations, interpretations, speculation, and generalizations to which no response is

7  required, are immaterial, and do not set forth a claim for relief or aver facts in support of a claim to

8  which an answer is required.  To the extent any response is required, Defendants lack sufficient

9  information or knowledge to form a belief as to the truth or falsity of the allegations contained in

10  Paragraph 52, and on that basis deny them.

11                              **PLAINTIFF'S FOIA REQUEST**

12          53.     Defendants admit that Plaintiff submitted one FOIA request dated January 5, 2023.  The

13  remaining allegations contained in Paragraph 53 consist of Plaintiff's characterization of its request, to

14  which no response is required.  Defendants respectfully refer the Court to the text of Plaintiff's FOIA

15  request for a full and accurate statement of its contents, and deny all allegations inconsistent therewith.

16          54.     The allegations contained in Paragraph 54 consist of Plaintiff's characterization of its

17  FOIA request, to which no response is required.  Defendants respectfully refer the Court to the text of

18  Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations

19  inconsistent therewith.

20          55.     The allegations contained in Paragraph 55 consist of Plaintiff's characterization of its

21  FOIA request, to which no response is required.  Defendants respectfully refer the Court to the text of

22  Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations

23  inconsistent therewith.

24          56.     The allegations contained in Paragraph 56 consist of Plaintiff's characterization of its

25  FOIA request, to which no response is required.  Defendants respectfully refer the Court to the text of

26  Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations

27  inconsistent therewith.

28

57.     The allegations contained in Paragraph 57 consist of Plaintiff's characterization of its FOIA request, to which no response is required.  Defendants respectfully refer the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations inconsistent therewith.

58.     The allegations contained in Paragraph 58 consist of Plaintiff's characterization of its FOIA request, to which no response is required.  Defendants respectfully refer the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations inconsistent therewith.

### ADMINISTRATIVE EXHAUSTION

59.     The allegations contained in Paragraph 59 consist of Plaintiff's characterization of Defendant ICE's acknowledgment of Plaintiff's FOIA request, to which no response is required.  To the extent any response is required, ICE admits that it acknowledged Plaintiff's FOIA request by letter dated January 17, 2023, assigned it tracking number 2023-ICFO-09946, and invoked a 10-day extension.  ICE respectfully refers the Court to the text of its acknowledgment of Plaintiff's FOIA request for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

60.     With respect to the allegations of Paragraph 60, Defendant ICE admits that as of the date of Plaintiff's Complaint, it had not produced records in response to Plaintiff's FOIA request.

61.     With respect to the allegations of Paragraph 61, Defendant DHS denies that it "has not yet acknowledged receipt of the ACLU's FOIA [r]equest" and avers that it responded to Plaintiff's FOIA request by letter sent via email to echo@aclu.org on February 10, 2023.  DHS admits that as of the date of Plaintiff's Complaint, it had not produced records in response to Plaintiff's FOIA request.

### CLAIM I (AGAINST DEFENDANTS DHS AND ICE)
#### 5 U.S.C. § 552(a)(6)(A)
#### Failure to Timely Make a Determination as to Plaintiff's FOIA Request

62.     Defendants reallege and incorporate by reference their responses to Paragraphs 1–61 above as though fully set forth herein.

63.     The allegations contained in Paragraph 63 consist of Plaintiff's characterization of its FOIA request, to which no response is required.  Defendants respectfully refer the Court to the text of Plaintiff's FOIA request for a full and accurate statement of its contents, and deny all allegations

1   inconsistent therewith.  The remaining allegations contained in Paragraph 63 consist of Plaintiff's legal

2   conclusions, to which no response is required.  To the extent any response is required, Defendants

3   respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

4        64.     The allegations contained in Paragraph 64 consist of Plaintiff's legal conclusions, to

5   which no response is required.  To the extent any response is required, Defendants respectfully direct the

6   Court to the provisions of FOIA and deny all allegations inconsistent therewith.

7        65.     The allegations contained in Paragraph 65 consist of Plaintiff's legal conclusions, to

8   which no response is required.  To the extent any response is required, Defendants respectfully direct the

9   Court to the provisions of FOIA and deny all allegations inconsistent therewith.

10        66.     With respect to the allegations of Paragraph 66, Defendant DHS admits that as of the date

11   of Plaintiff's Complaint, it had not produced records in response to Plaintiff's FOIA request.  The

12   remaining allegations contained in Paragraph 66 consist of Plaintiff's legal conclusions, to which no

13   response is required.  To the extent any response is required, Defendants respectfully direct the Court to

14   the provisions of FOIA and deny all allegations inconsistent therewith.

15        67.     The allegations contained in Paragraph 67 consist of Plaintiff's characterization of

16   Defendant ICE's acknowledgment of Plaintiff's FOIA request, to which no response is required.  To the

17   extent any response is required, ICE admits that it acknowledged Plaintiff's FOIA request by letter dated

18   January 17, 2023, assigned it tracking number 2023-ICFO-09946, invoked a 10-day extension, and that

19   as of the date of Plaintiff's Complaint, ICE had not produced records in response to Plaintiff's FOIA

20   request.  ICE respectfully refers the Court to the text of its acknowledgment of Plaintiff's FOIA request

21   for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

22        68.     With respect to the allegations of Paragraph 68, Defendants admit that as of the date of

23   Plaintiff's Complaint, they had not produced records in response to Plaintiff's FOIA request.

24        69.     The allegations contained in Paragraph 69 consist of Plaintiff's legal conclusions, to

25   which no response is required.  To the extent any response is required, Defendants respectfully direct the

26   Court to the provisions of FOIA and deny all allegations inconsistent therewith.

27        70.     The allegations contained in Paragraph 70 consist of Plaintiff's legal conclusions, to

28   which no response is required.  To the extent any response is required, Defendants respectfully direct the

Court to the provisions of FOIA and deny all allegations inconsistent therewith.

## CLAIM II (AGAINST DEFENDANTS DHS AND ICE)
### 5 U.S.C. §§ 552(a)(3)(A)–(D)
**Failure to Make a Reasonable Effort to Search for and Promptly Release Records**

71.    Defendants reallege and incorporate by reference their responses to Paragraphs 1–70 above as though fully set forth herein.

72.    The allegations contained in Paragraph 72 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

73.    The allegations contained in Paragraph 73 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

74.    The allegations contained in Paragraph 74 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

75.    The allegations contained in Paragraph 75 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

76.    The allegations contained in Paragraph 76 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

## CLAIM III (AGAINST DEFENDANT DHS)
### 5 U.S.C. §§ 552(a)(4)(A)(iii)
**DHS'S Failure to Grant Plaintiff's Request for a Fee Waiver**

77.    Defendants reallege and incorporate by reference their responses to Paragraphs 1–76 above as though fully set forth herein.

78.    The allegations contained in Paragraph 78 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

79.     The allegations contained in Paragraph 79 consist of Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendants respectfully direct the Court to the provisions of FOIA and deny all allegations inconsistent therewith.

### PLAINTIFF'S PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiff's request for relief, to which no response is required.  To the extent these paragraphs are deemed to contain factual allegations, Defendants deny those allegations and deny that Plaintiff is entitled to any relief.

### AFFIRMATIVE OR OTHER DEFENSES

#### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

#### SECOND AFFIRMATIVE DEFENSE

The information that Defendants have withheld or will withhold in response to Plaintiff's FOIA request may be exempt in whole or part from public disclosure under the FOIA, 5 U.S.C. § 552(b), and the Privacy Act, 5 U.S.C. § 552a, *et seq.*

#### THIRD AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by FOIA.

#### FOURTH AFFIRMATIVE DEFENSE

Plaintiff did not submit a FOIA request that reasonably describes the records sought as required by FOIA.

#### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has not alleged sufficient factual and/or legal bases for its request for attorneys' fees and/or costs.

\*     \*     \*     \*     \*

Defendants reserve the right to assert additional affirmative defenses if such affirmative defenses become appropriate.

1

**DEFENDANTS' PRAYER FOR RELIEF**

2      WHEREFORE, Defendants pray that:

3      1.      Plaintiff takes nothing by its Complaint;

4      2.      The Complaint be dismissed with prejudice;

5      3.      Judgment be entered in favor of Defendants;

6      4.      Defendants be awarded their costs of suit;

7      5.      The Court award such other and further relief as it may deem proper.

8

9  DATED: May 19, 2023                    Respectfully submitted,

10                                         ISMAIL J. RAMSEY
                                           United States Attorney
11
                                           */s/ Savith Iyengar*
12                                         SAVITH IYENGAR
                                           Assistant United States Attorney
13
                                           Attorneys for Defendants
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28