ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 3:23-cv-01795-JCS<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), defendants United States Immigration and Customs Enforcement and United States Department of Homeland Security (collectively, "Defendants") hereby voluntarily **consent** to have Magistrate Judge Joseph C. Spero conduct all further proceedings in this case, including trial and entry of final judgment. Defendants understand that appeal from the judgment shall be taken directly to the U.S. Court of Appeals for the Ninth Circuit.

                              Respectfully submitted,

                              ISMAIL J. RAMSEY
                              United States Attorney

Dated: June 5, 2023           By:    */s/ Savith Iyengar*
                                              SAVITH IYENGAR
                                              Assistant United States Attorney