UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 23-cv-01795-JCS | **Case Name:** American Civil Liberties Union v. United States Immigration and Customs Enforcement |
|---|---|
| **Magistrate Judge: JOSEPH C. SPERO** | **Date**: July 14, 2023   **Time:** 13 M (2:24-2:37) |

**Attorney for Plaintiff:** Oscar Barron-Guerra, Kyle Virgien
**Attorney for Defendant:** Savith Iyengar

**Deputy Clerk:** Karen Hom             **Court Reporter:** Not Reported

**ZOOM WEBINAR PROCEEDINGS**

1. Initial Case Mgmt Conference - Held

**ORDERED AFTER HEARING**

Defendant shall provide page counts no later than August 11, 2023.
After the page count is created, the parties shall meet and confer on a future schedule.
Updated joint case mgmt. conference statement due 8/25/2023.

**CASE CONTINUED TO:**   09/01/2023 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.