**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** 23-cv-01795-JCS | **Case Name:** American Civil Liberties Union v. United States Immigration and Customs Enforcement | |
|---|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: September 1, 2023 | **Time:** 10 M (2:02-2:12) |

**Attorney for Plaintiff:** Oscar Barron-Guerra, Kyle Virgien
**Attorney for Defendant:** Savith Iyengar

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Further Case Mgmt Conference - Held

<u>**ORDERED AFTER HEARING**</u>

Defendant will start review of 1000 pages per month starting on 9/15/2023, and provide a revised page count by this date.

Updated joint case mgmt. conference statement due 1/12/2024.

**CASE CONTINUED TO:**   01/19/2024 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.