| | |
|---|---|
| LINNEA P CIPRIANO (Pro Hac Vice)<br>LCipriano@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel.: +1 212 813 8800<br>Fax: +1 212 355 3333<br><br>NICOLE KIM (SBN 324698)<br>NicoleKim@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa Street, 41st Floor<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2495<br>Fax: +1 213 623 1673<br><br>OSCAR BARRON-GUERRA (SBN 345284)<br>*OBarronGuerra@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>3 Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel.: +1 415 733 6000<br>Fax: +1 415 677 9041 | SEAN RIORDAN (SBN 255752)<br>sriordan@aclunc.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, CA 94111<br>Tel.: (415) 621-2493<br><br>KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>425 California St., Suite 700<br>San Francisco, CA 94104<br>Tel.: (202) 393-4930<br><br>EUNICE CHO (Pro Hac Vice)<br>echo@aclu.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 548-6616<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:23-cv-1795<br><br>**Notice of Change of Address of Counsel**<br><br>Freedom of Information Act, 5, U.S.C. § 552<br><br>Judge Joseph C. Spero |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 3-11(a), Kyle Virgien, counsel of record for Plaintiff, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

> Kyle Virgien
> American Civil Liberties Union Foundation
> 425 California St., Suite 700
> San Francisco, CA 94104

DATED: February 1, 2024        Respectfully submitted,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

By: */s/ Kyle Virgien*
    Kyle Virgien

Attorney for Plaintiff