ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 3:23-cv-1795-JCS <br><br> **STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    Plaintiff American Civil Liberties Union ("Plaintiff") and defendant U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' further case management conference ("CMC") set for February 23, 2024 at 2:00 p.m. by two (2) months, until **April 26, 2024 at 2:00 p.m.**, with the parties' joint CMC statement due by April 19, 2024. This stipulation is based on the following facts:

    1.    Since the filing of the lawsuit, Defendants have answered the complaint, the parties have met and conferred regarding Plaintiff's FOIA request and the collection and processing of records, including by telephone and email, and Defendants began responding to the request. *See* ECF No. 28. Since September 15, 2023, Defendants have been reviewing records at a rate of 1,000 pages per month and making releases to Plaintiff on the 15th of each month. *See* ECF No. 29.

2. On January 11, 2024, Plaintiff provided Defendants with a letter that Plaintiff believes detail possible deficiencies pertaining to the Government's production to date. The parties have met and conferred, and are continuing to meet and confer, regarding this letter.

3. In order to continue this process, the parties respectfully request that the Court continue their CMC by two (2) months. There has been one previous time modification in this matter. The parties believe this extension would not prejudice any party and would allow for a more efficient CMC.

SO STIPULATED.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: February 15, 2024     By:  */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney
Attorney for Defendants

Dated: February 15, 2024     By:  **\*\*/s/ *Linnea P. Cipriano*
LINNEA P. CIPRIANO

Attorneys for Plaintiff

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the further Case Management Conference set for February 23, 2024 at 2:00 p.m. is continued until April 26, 2024 at 2:00 p.m.  The parties shall submit a joint case management conference statement by April 19, 2024.

Dated: _____, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge