**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:**  23-cv-01795-JCS | **Case Name:** American Civil Liberties Union v. United States Immigration and Customs Enforcement | |
|---|---|---|
| **Magistrate Judge: JOSEPH C. SPERO** | **Date**:  May 31, 2024 | **Time:** 2:07-2:10 = 3 M |

**Attorney for Plaintiff:** Oscar Barron-Guerra, Kyle Virgien
**Attorney for Defendant:** Savith Iyengar

**Deputy Clerk:** Karen Hom                       **Court Reporter:**  Not Reported

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1.  Further Case Mgmt Conference - Held

<u>**ORDERED AFTER HEARING**</u>

Parties will engage in informal discussions to resolve this case. If the case is not resolved by the next case management conference, the Court will set a schedule for summary judgment and whether to refer this matter to a magistrate judge for settlement.

Updated joint case management conference statement due by 7/26/2024.

<u>**CASE CONTINUED TO:**</u>   08/02/2024 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.