| | |
|---|---|
| SEAN RIORDAN (SBN 255752)<br>*sriordan@aclunc.org*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel: (415) 621-2493<br><br>KYLE VIRGIEN (SBN 278747)<br>*kvirgien@aclu.org*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>425 California St., Suite 700<br>San Francisco, California 94104<br>Tel: (202) 393-4930<br><br>EUNICE CHO (Pro Hac Vice)<br>*echo@aclu.org*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Tel: (202) 548-6616 | NICOLE KIM (SBN 324698)<br>*NicoleKim@goodwinlaw.com*<br>GOODWIN PROCTER LLP<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, California 90017<br>Tel: (213) 426-2495<br><br>OSCAR BARRON-GUERRA (SBN 345284)<br>*OBarronGuerra@goodwinlaw.com*<br>GOODWIN PROCTER LLP<br>3 Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel: (415) 733-6000<br><br>LINNEA P CIPRIANO (Pro Hac Vice)<br>*LCipriano@goodwinlaw.com*<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Tel: (212) 813-8800 |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 3:23-cv-01795-JCS<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY SEAN C. RIORDAN**<br><br>Freedom of Information Act, 5, U.S.C. § 552<br><br>Judge Joseph C. Spero |

**ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that SEAN C. RIORDAN of ACLU Foundation of Northern California, is hereby withdrawn as attorney of record for Plaintiff American Civil Liberties Union ("Plaintiff") effective July 25, 2024. Plaintiff will retain their representation by the other listed counsel of record.

Dated: July 25, 2024              Respectfully submitted,

By: /s/ Sean C. Riordan

Sean C. Riordan

ACLU FOUNDATION OF NORTHERN CALIFORNIA

*Attorney for Plaintiff*