ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 3:23-cv-1795-JCS<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    Plaintiff American Civil Liberties Union ("Plaintiff") and defendant U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' further case management conference ("CMC") set for August 2, 2024 at 2:00 p.m. by one (1) month, until **September 6, 2024 at 2:00 p.m.**, with the parties' joint CMC statement due by August 30, 2024. This stipulation is based on the following facts:

    1.    Since the filing of the lawsuit, Defendants have answered the complaint, the parties have met and conferred regarding Plaintiff's FOIA request and the collection and processing of records, including by telephone and email, and Defendants began responding to the request. *See* ECF No. 28. Defendants have now largely completed their production and the parties have significantly narrowed the remaining issues and are meeting and conferring, and intend to continue to meet and confer, to resolve

these issues.

2. In order to continue this process, the parties respectfully request that the Court continue their CMC by one (1) month. There have been two previous time modifications in this matter. The parties believe this extension would not prejudice any party and would allow for a more efficient CMC, if necessary following the parties' meet and confer efforts.

SO STIPULATED.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

Dated: July 25, 2024      By:    */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney
Attorney for Defendants

Dated: July 25, 2024      By:    \*\*/s/ *Linnea P. Cipriano*
LINNEA P. CIPRIANO

Attorneys for Plaintiff

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the further Case Management Conference set for August 2, 2024 at 2:00 p.m. is continued until September 6, 2024 at 2:00 p.m. The parties shall submit a joint case management conference statement by August 30, 2024.

Dated: _____, 2024

JOSEPH C. SPERO
United States Magistrate Judge