ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 3:23-cv-1795-JCS<br><br>**DECLARATION OF SAVITH IYENGAR** |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' Stipulation to Continue Further Case Management Conference and Proposed Order ("Stipulation and Proposed Order"), filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. I met and conferred with counsel for plaintiff American Civil Liberties Union ("Plaintiff") regarding the time modification contained in the parties' Stipulation and Proposed Order by videoconference on July 24, 2024 and by email on July 18 and 19, 2024. On July 24, 2024, I sent a draft

of the Stipulation and Proposed Order to Plaintiff's counsel and on July 25, 2024, Plaintiff's counsel gave me their permission to file it.

3. The instant stipulation would continue the parties' further case management conference ("CMC") and permit the parties to continue to meet and confer before the parties' further CMC, if necessary. The parties have sought two prior time modifications in this case (also continuing a CMC).

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 25th day of July, 2024, in San Francisco, California.

DATED: July 25, 2024                         /s/ Savith Iyengar
                                             SAVITH IYENGAR
                                             Assistant United States Attorney