ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 3:23-cv-1795-JCS<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

      Plaintiff American Civil Liberties Union ("Plaintiff") and defendant U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' further case management conference ("CMC") set for November 6, 2024 at 2:00 p.m. by three (3) months, until **February 5, 2025 at 2:00 p.m.**, with the parties' joint CMC statement due by January 29, 2025. This stipulation is based on the following facts:

      1.    Since the filing of the lawsuit, Defendants have answered the complaint, the parties have met and conferred regarding Plaintiff's FOIA request and the collection and processing of records, including by telephone and email, and Defendants began responding to the request. *See* ECF No. 28. Defendants have now largely completed their production and the parties have significantly narrowed the remaining issues and are meeting and conferring, and intend to continue to meet and confer, to resolve

1  these issues.

2      2.    In order to continue this process, the parties respectfully request that the Court continue their CMC by three (3) months. There have been four previous time modifications in this matter. The parties believe this extension would not prejudice any party and would allow for a more efficient CMC, if necessary following the parties' meet and confer efforts.

SO STIPULATED.

                                      Respectfully submitted,

                                      ISMAIL J. RAMSEY
                                      United States Attorney

Dated: October 24, 2024        By:    */s/ Savith Iyengar*
                                       SAVITH IYENGAR
                                       Assistant United States Attorney
                                       Attorney for Defendants

Dated: October 24, 2024        By:    **/s/ *Linnea P. Cipriano*
                                       LINNEA P. CIPRIANO

                                       Attorneys for Plaintiff

                                       ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document
                                           has obtained approval from this signatory.

STIPULATION AND [PROPOSED] ORDER
3:23-CV-1795-JCS                                    2

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

IT IS HEREBY ORDERED that the further Case Management Conference set for November 6, 2024 at 2:00 p.m. is continued until February 5, 2025 at 2:00 p.m. The parties shall submit a joint case management conference statement by January 29, 2025.

Dated: __October 28_____, 2024

JOSEPH C. SPERO
United States Magistrate Judge