PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 3:23-cv-1795-JCS <br><br> **DECLARATION OF SAVITH IYENGAR** |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' Stipulation to Continue Further Case Management Conference and Proposed Order ("Stipulation and Proposed Order"), filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. I met and conferred with counsel for plaintiff American Civil Liberties Union ("Plaintiff") regarding the time modification contained in the parties' Stipulation and Proposed Order by email on April 29 and 30, 2025. On April 29, 2025, I sent a draft of the Stipulation and Proposed Order

1  to Plaintiff's counsel, and received his permission to file an updated draft the following day.

2      3.    The instant stipulation would continue the parties' further case management conference
3  ("CMC") and permit the parties to continue to meet and confer before the parties' further CMC, if
4  necessary. The parties have sought six prior time modifications in this case (also continuing a CMC).
5      I declare under penalty of perjury under the laws of the United States that the above is true and
6  correct. Executed this 30th day of April, 2025, in San Francisco, California.

7

8  DATED: April 30, 2025                              */s/ Savith Iyengar*
                                                                      SAVITH IYENGAR
9                                                                        Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28